No. 94–5700.  LOVE *v.* WHEELER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–5701.  ROBINSON ET AL. *v.* BARTLEY.  Ct. App. D. C. Certiorari denied.

No. 94–5702.  MILLER *v.* WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–5703.  LUNA *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–5704.  RIVAS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir. Certiorari denied.

No. 94–5705.  MACNAB *v.* BOARD OF PAROLE.  Ct. App. Ore. Certiorari denied.

No. 94–5706.  MENDEZ *v.* SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES.  Sup. Ct. Cal.  Certiorari denied.

No. 94–5712.  TWIGGS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER), GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–5713.  McGUIRE *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 94–5716.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5718.  BUTLER *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.  Ct. App. D. C.  Certiorari denied.

No. 94–5719.  TARDY *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–5721.  CORDOVA *v.* COOPER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–5722.  KING *v.* MURPHY.  Ct. App. Cal., 4th App. Dist. Certiorari denied.